UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00053-WBS |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ROBERT LAUTENSLAGER, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT LAUTENSLAGER, Case No. 2:17-cr-00053-WBS Charge 18 USC § 1349, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 100,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on April 10, 2017 at 2:50 pm.

By: _____

Magistrate Judge Edmund F. Brennan