1 | Dina L. Santos, SBN 204200
  | A Professional Law Corporation
2 | 455 Capitol Mall, Suite 802
  | Sacramento, CA 95814
3 | Telephone: (916) 447-0160

Attorney for:
Robert Lautenslager

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-00053-JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE J&S TO DECEMBER 4, 2018 AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |
| v. | |
| ROBERT LAUTENSLAGER, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants Robert Lautenslager, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **December 4, 2018 at 9:15 a.m.**

Reply, or Statement of Non-Opposition: **November 27, 2018**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **November 20, 2018**

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: **October 30, 2018**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **October 16, 2018**

1

IT IS SO STIPULATED.

Dated: June 4, 2018                          McGregor Scott
                                             United States Attorney


                                             /s/ Nirav Desai
                                             NIRAV DESAI
                                             Assistant United States Attorney


Dated: June 4, 2018                          /s/  Dina L. Santos
                                             DINA SANTOS, ESQ.
                                             Attorney for ROBERT LAUTENSLAGER


**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2018

                                             /s/ John A. Mendez_____


                                             HON. JOHN A MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE