Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Robert Lautenslager

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT LAUTENSLAGER,<br>　　　　　　　　　Defendant | CASE NO. 17-00053-JAM<br><br>STIPULATION TO CONTINUE J&S TO JULY 23, 2019, AT 9:15 A.M. |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and Defendants Robert Lautenslager, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to July 23, 2019 at 9:15 a.m. Issues that may affect the recommended sentence remain at issue and therefore a continuance is warranted. Probation will be notified of the new date.

　　　IT IS SO STIPULATED.

Dated: April 12, 2019　　　　　　　　　　　　McGregor Scott
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin Khasigian
　　　　　　　　　　　　　　　　　　　　　　　KEVIN KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated: April 12, 2019

/s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for ROBERT LAUTENSLAGER

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of April, 2019

/s/ John A. Mendez

HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE