| | |
|---|---|
| 1 | Dina L. Santos, SBN 204200 |
| | A Professional Law Corporation |
| 2 | 455 Capitol Mall, Suite 802 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 447-0160 |
| 4 | |
| | Attorney for: |
| 5 | Robert Lautenslager |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-00053-JAM |
| Plaintiff, | STIPULATION TO CONTINUE J&S TO JULY 23, 2019, AT 9:15 A.M. |
| v. | |
| ROBERT LAUTENSLAGER, | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendants Robert Lautenslager, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to July 23, 2019 at 9:15 a.m. Issues that may affect the recommended sentence remain at issue and therefore a continuance is warranted. Probation will be notified of the new date.


IT IS SO STIPULATED.


Dated: April 12, 2019                                McGregor Scott
                                                     United States Attorney


                                                      /s/ Kevin Khasigian
                                                     KEVIN KHASIGIAN
                                                     Assistant United States Attorney

1

Dated: April 12, 2019    /s/  Dina L. Santos
                         DINA SANTOS, ESQ.
                         Attorney for ROBERT LAUTENSLAGER

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of April, 2019

/s/ John A. Mendez

HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE