1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160

4
   Attorney for:
5  Robert Lautenslager

6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                CASE NO. 17-00053-JAM
10
                         Plaintiff,         STIPULATION TO CONTINUE J&S TO
11                                          SEPTEMBER 10, 2019, AT 9:15 A.M.
          v.
12
   ROBERT LAUTENSLAGER,
13                       Defendant

14
                                    **STIPULATION**
15
       Plaintiff United States of America, by and through its counsel of record, and Defendants Robert
16
   Lautenslager, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date
17
   for J&S to September 10, 2019 at 9:15 a.m. Issues that may affect the recommended sentence remain at
18
   issue and therefore a continuance is warranted. Probation will be notified of the new date.
19

20

21

22
       IT IS SO STIPULATED.
23

24
    Dated: July 12, 2019                          McGregor Scott
25                                                United States Attorney

26
                                                   /s/ Kevin Khasigian
27                                                 KEVIN KHASIGIAN
                                                   Assistant United States Attorney
28

                                             1

Dated: July 12, 2019       /s/   Dina L. Santos
                           DINA SANTOS, ESQ.
                           Attorney for ROBERT LAUTENSLAGER

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of July, 2019

Dated: July 12, 2019       /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           United States District Court Judge