Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Robert Lautenslager

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-53-JAM |
| Plaintiff, | STIPULATION TO CONTINUE J&S TO NOVEMBER 19, 2019, AT 9:15 A.M. |
| v. | |
| ROBERT LAUTENSLAGER, | |
| Defendant | |

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and Defendants Robert Lautenslager, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to November 19, 2019 at 9:15 a.m. Issues that may affect the recommended sentence remain at issue and therefore a continuance is warranted. Probation will be notified of the new date.

    IT IS SO STIPULATED.


Dated: September 3, 2019                  McGregor Scott
                                         United States Attorney


                                      /s/ Kevin Khasigian
                                      KEVIN KHASIGIAN
                                      Assistant United States Attorney

Dated: September 3, 2019

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for ROBERT LAUTENSLAGER

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of September, 2019

/s/ John A. Mendez

HON. JOHN A MENDEZ
UNITED STATES DISTRICT COURT JUDGE