1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160

4

    Attorney for:
5   Robert Lautenslager

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          CASE NO.  17-CRS 0053 JAM

                        Plaintiff,     REQUEST TO FILE UNDER SEAL AND
11                                      PROPOSED ORDER

12              v.

13  ROBERT LAUTENSLAGER,
                        Defendant.
14

15

16          Pursuant to Local Rule 14(b), Defendant, ROBERT LAUTENSLAGER, by and through his

17  Counsel, Dina L. Santos, respectfully requests an Order sealing Exhibit B, attached to Defendant Robert

18  Lautenslager's Reply Memorandum in Support of Motion for Compassionate Release.  The Exhibit

19  contains medical reports.

20          The Court may order documents to be filed under seal.  While the press and the public have a

    presumed right of access to court proceedings and documents under the first amendment, this presumed

21  right is not absolute.  See Press-Enterprise Co. v. Superior Court, 464 U.S. 501 (1985).  It can be

22  overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to

23  serve that interest.  Id.  From the Court's perspective, the controlling interest is to articulate along with

24  findings specific enough that a reviewing court can determine whether the closure order was properly

25  entered.  Id.

26          Here, the Defense seeks to file the exhibits under seal because of the nature of the information

27  contained within the documents. The information within the documents contains confidential medical

28

    Request to Seal & Order                      1

information.

Respectfully Submitted,

Dated: May 27, 2020                          /s/   Dina L. Santos
                                             DINA SANTOS, ESQ.
                                             Attorney for Robert Lautenslager

**ORDER**

        Pursuant to Local Rule 14(b), and base upon the representation contained in Defendant's

Request to Seal, IT IS SO FOUND AND ORDERED THAT, the EXHBIT B, OF DEFENDANT

ROBERT LAUTENSLAGER'S MEMORANDUM IN SUPPORT OF MOTION FOR

COMPASSIONATE RELEASE, shall be sealed until further order of this Court.

        May 27, 2020

                                             /s/ John A. Mendez

                                             _____
                                             HON. JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE